**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE:

| | |
|---|---|
| **FLOW SERVICES & CONSULTING, INC.** | **CASE NO. 21-50005** |
| **DEBTOR** | **CHAPTER 11, SUBCHAPTER V** |

## APPLICATION TO EMPLOY ATTORNEY

The application of Flow Services and Consulting, Inc., as debtor and debtor-in-possession (collectively, the "Debtor" or "Applicant") respectfully represents:

1.

The Debtor filed its petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code on the 5th day of January, 2021.

2.

The Debtor, as debtor-in-possession, wishes to employ Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC ("Gold"), as its attorneys under a general retainer to give the Debtor legal advice with respect to Debtor's powers and duties as debtor-in-possession in the continued operation of the Debtor's business and management of the Debtor's property, and to perform all legal services for the debtor-in-possession which may be necessary herein.

3.

The Debtor, a corporation organized under the laws of Louisiana, may not represent itself in federal court, and a lack of representation by counsel in any stage of this case would constitute irreparable harm for the purposes of F.R. B.P. 6003.

4.

The Applicant has selected Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC for the reasons that they have gained experience as to the Debtor's business and property by assisting the Debtor in preparing to file the case herein, and the Debtor believes that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC are well-qualified to represent Debtor, as debtor-in-possession, in this proceeding. Furthermore, it is necessary for the Debtor as debtor-in-possession to employ attorneys for such professional service.

5.

To the best of the Debtor's knowledge and as evidenced by the attached declaration, Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC have no connection with the Debtor, the creditors or any other party in interest or their respective attorneys and accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, other than as disclosed in this application. To the best of the Debtor's knowledge and as evidenced by the attached declaration, no attorney of the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC holds or represents an interest adverse to the Debtor and all attorneys are "disinterested" persons under the Bankruptcy Code.

6.

Proposed counsel received $20,000.00, which was deposited in counsel's trust account. Immediately prior to filing, proposed counsel disbursed $18,262.00 to Gold, Weems, Bruser, Sues & Rundell for fees incurred prior to filing and disbursed $1,738.00 in filing fees to the Clerk of the Bankruptcy Court.

7.

No party in interest has requested the appointment of a trustee but a Subchapter V Trustee

will be appointed in due course, and thus no further notice of this application need be given and no hearing hereon need be held because of the presumption accorded the debtor-in-possession pursuant to 11 U.S.C. §1107(b).

**WHEREFORE, APPLICANT PRAYS** that this Court enter an Interim Order, authorizing Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC or any of its members (attorneys) to be employed under a general retainer to represent the Debtor as debtor-in-possession in this proceeding under Chapter 11, Subchapter V of the Bankruptcy Code; scheduling a Final Hearing on the relief sought herein on the **2nd day of February, 2021**; and, for all such other and further relief as this Court deems just and proper.

Alexandria, Louisiana, this 5th day of January, 2021.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll # 29967)
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION, FLOW SERVICES AND CONSULTING, INC.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE:

| | |
|---|---|
| FLOW SERVICES & CONSULTING, INC. | CASE NO. 21-50005 |
| DEBTOR | CHAPTER 11, SUBCHAPTER V |

**DECLARATION OF DISINTERESTEDNESS**

Bradley L. Drell, an attorney at law, hereby declares under penalty of perjury under the laws of the United States of America, under 28 U.S.C. § 1746, that he is an attorney in the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC and that to the best of his knowledge he has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except as is otherwise disclosed in the foregoing application to employ the firm as attorneys for the above captioned debtor and the Supplemental Schedule filed herein, and represents no interest adverse to **FLOW SERVICES AND CONSULTING, INC.**, with respect to any of the matters upon which Gold, Weems, Bruser, Sues & Rundell, APLC has been or is to be engaged by the debtor in the above captioned proceeding, and that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC are "disinterested" within the meaning of 11 U.S.C. Sections 327 and 1107(b).

*I declare under penalty of perjury that the foregoing is true and correct.*

Alexandria, Louisiana, this 5th day of January, 2021.

                                    **/s/Bradley L. Drell**
                                    **OF COUNSEL**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

FLOW SERVICES & CONSULTING, INC.  CASE NO. 21-50005

       DEBTOR  CHAPTER 11, SUBCHAPTER V

## CERTIFICATE OF SERVICE

This is to certify that the Application to Employ Attorney was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 5th day of January, 2021.

                                          /s/Bradley L. Drell
                                          OF COUNSEL