Flow Services and Consulting, Inc.
Case 21-50005

## 30 Day Operating Budget

RECEIPTS:

| | |
|---|---:|
| Sales | 325,000.00 |
| Other Receipts | - |
| **Total Receipts** | 325,000.00 |

DISBURSEMENTS:

Operating:

| | |
|---|---:|
| Fuel | 14,000.00 |
| Direct Payroll | 102,000.00 |
| Per Diem & Phone Reimbursement | 3,825.00 |
| Travel Expenses | 3,200.00 |
| GL Insurance Expense | 28,000.00 |
| LA Worker's Compensation | 6,000.00 |
| Lab Testing Fees | 4,000.00 |
| IT Service Contract | 8,000.00 |
| Inventory Purchases | 10,000.00 |
| Total Operating Costs: | 179,025.00 |

General and Administrative:

| | |
|---|---:|
| Payroll | 42,000.00 |
| Rent | 13,338.83 |
| Bank Fees | 1,000.00 |
| Utilities | 16,824.26 |
| Shop Expenses | 500.00 |
| Office Expenses | 3,300.00 |
| Software Subscriptions | 3,000.00 |
| Employee Benefits - Medical & Life | 34,000.00 |
| Other | 5,000.00 |
| Total General and Administrative: | 118,963.09 |

| | |
|---|---:|
| **Total Disbursements** | 297,988.09 |
| Cash Excess (Shortfall) | $ 27,011.91 |