## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE:

FLOW SERVICES & CONSULTING, INC.   CASE NO. 21-50005

    DEBTOR        CHAPTER 11, SUBCHAPTER V

---

### *EX PARTE* MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7

**NOW INTO COURT**, through undersigned counsel, comes FLOW SERVICES & CONSULTING, INC. (the "Debtor"), the debtor-in-possession, who respectfully represents as follows:

1.

On January 5, 2021, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). No committee has been appointed in this Chapter 11 case (the "Case"). Further, no trustee or examiner has been requested or appointed in the Case. The Debtor continues to manage and operate its business as debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108. This Court confirmed a Plan of Liquidation on June 29, 2021.

2.

Since that time, the Debtor has been unable to close the sale contemplated by the confirmed plan, due to the buyer being unable to consummate the transaction. The confirmed plan therefore remains unconsummated. Management has met with the undersigned counsel and has evaluated its options for reorganization or liquidation. The Debtor has determined that it is in its best interest and in the best interest of the Debtor's creditors to convert this Chapter 11 case to one under

Chapter 7 of the Bankruptcy Code, as there does not appear to be a feasible amended plan of reorganization or liquidation which can be proposed.

3.

Pursuant to 11 U.S.C. §1112, the Debtor may convert this case to a case under Chapter 7 of the Bankruptcy Code as the Debtor is a debtor in possession, this case was not originally commenced as an involuntary case under Chapter 11, and this case was not converted to Chapter 11 on another person's request other than the Debtor.

4.

**WHEREFORE**, the Debtor prays that the above captioned bankruptcy case be converted to one under Chapter 7 of the Bankruptcy Code, and for such other and further relief as is justified in the premises.

Respectfully submitted by:

**GOLD, WEEMS, BRUSER, SUES, & RUNDELL**
**(A Professional Law Corporation)**

**BY:   /s/ Bradley L. Drell**
Bradley L. Drell (#24387)
Heather M. Mathews (#29967)
2001 MacArthur Drive
P. O. Box 6118
Alexandria, Louisiana 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
E-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTOR-IN-POSSESSION**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**IN RE:**

| | |
|---|---|
| **FLOW SERVICES & CONSULTING, INC.** | **CASE NO. 21-50005** |
| **DEBTOR** | **CHAPTER 11, SUBCHAPTER V** |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *EX PARTE MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7* was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, and the entire mailing matrix, attached hereto, by placing a copy of same in the U.S. Mail, property addressed, with prepaid postage affixed.

Alexandria, Louisiana, on this 16th day of September, 2021.

/s/ Bradley L. Drell
OF COUNSEL