**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

In Re: Flow Services and Consulting, Inc.  Case Number: 21-50005
       Debtor  Chapter: 7

**RESPONSE TO APPLICATION TO SELL IMMOVABLE PROPERTIES**
**AT ONLINE INTERNET AUCTION, FREE AND CLEAR OF LIENS,**
**REFERRING LIENS TO THE PROCEEDS**

NOW INTO COURT comes the United States of America on behalf of the Internal Revenue Service ("IRS"), an agency within the Department of the Treasury, who files this Response to the Application to Sell Immovable Properties at Online Internet Auction, Free and Clear of Liens, Referring Liens to the Proceeds (the "Application") (Doc. 219), filed by the Chapter 7 Trustee (the "Trustee"), as follows.

The IRS does not object to the Application. Further, the IRS does not dispute the senior lien position of Washington State Bank. However, the Proof of Claim filed by the Louisiana Workforce Commission reflects that this claim is unsecured. (See Claim #4-1). The IRS has asserted a secured claim in the amount of $2,879,892.72. (See Claim #44-1).

The IRS' security interest arises from 26 U.S.C § 6321, which provides as follows:

> If any person liable to pay any tax neglects or refuses to pay the same after demand, the amount (including any interest, additional amount, addition to tax, or assessable penalty, together with any costs that may accrue in addition thereto) shall be a lien in favor of the United States upon all property and rights to property, whether real or personal, belonging to such person.

Accordingly, the IRS has a security interest in all of the Debtor's property that is to be sold pursuant the Application and should be paid in accordance with its lien ranking.

The Trustee's Application represents that the Louisiana Workforce Commission's claim will be paid in full. IRS represents that its secured claim should be paid prior to the payment of the

unsecured claim of the Louisiana Workforce Commission based upon the information contained in the Claims Register.

WHEREFORE, THE UNITED STATES OF AMERICA PRAYS that the Order approving the Application to Sell Immovable Properties at Online Internet Auction, Free and Clear of Liens, Referring Liens to the Proceeds be conditioned upon the payment of the IRS' secured claim as set forth herein and for all relief to which it might be otherwise entitled.

Respectfully submitted,

        ALEXANDER C. VAN HOOK
        Acting United States Attorney

        By: */s/ Jerry Edwards*
        JERRY EDWARDS (#30242)
        Assistant United States Attorney
        300 Fannin Street, Suite 3201
        Shreveport, Louisiana 71101-3068
        (318) 676-3614 // Fax: (318) 676-3642
        Email: jerry.edwards@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that on November 9, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system to the following:

John Luster on behalf of Mark Sutton, Chapter 7 Trustee: luster_j@bellsouth.net

Gail Bowen McCulloch, Office of the U.S. Trustee: Gail.McCulloch@usdoj.gov

Bradley L. Drell on behalf of Flow Services and Consulting, Inc.: bdrell@goldweems.com

        By:   *s/ Jerry Edwards*
                 JERRY EDWARDS (#30242)
                 Assistant United States Attorney

- 2 -

21-50005 - #235  File 11/10/21  Enter 11/10/21 11:14:57  Main Document  Pg 2 of 2